**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Ubisoft Entertainment, S.A. and Ubisoft, Inc.

          Plaintiff,

v.

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

          Defendant.

Case No.: 1:22−cv−05130

Honorable John Robert Blakey

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 22, 2023:

    MINUTE entry before the Honorable John Robert Blakey: Telephonic motion hearing held on 2/22/2023. Defendants failed to appear and failed to notify Chambers of any scheduling conflicts. For the reasons explained in the accompanying order, the Court grants Plaintiff's motion for entry of default and default judgment [46] and enters the accompanying default judgment as to the Defendants identified on the Amended Schedule A attached thereto. Enter Default Judgment Order. All matters in dispute now having been resolved, this case is closed. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.