IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UBISOFT ENTERTAINMENT, S.A. and UBISOFT, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No. 22-cv-5130<br><br>Judge John Robert Blakey |

**FINAL JUDGMENT ORDER**

This action having been commenced by UBISOFT ENTERTAINMENT, S.A. and UBISOFT, INC. against the defendants identified in the attached Amended Schedule A and using the Defendant Domain Names and Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and Plaintiffs having moved for entry of Default and Default Judgment against the defendants identified in the Amended Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiffs, a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Plaintiffs having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can and do purchase products bearing counterfeit versions of ASSASSIN'S CREED trademarks which are protected by U.S. Trademark Registration Nos. 3,438,084; 4,178,998; 4,597,881; 4,682,475; 4,704,227; and 5,300,715 (collectively referred to as the "ASSASSIN'S CREED Trademarks").

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiffs' Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are

deemed in default and that this Final Judgment is entered against Defaulting Defendants.

    IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the ASSASSIN'S CREED Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine ASSASSIN'S CREED Product or is not authorized by Plaintiffs to be sold in connection with the ASSASSIN'S CREED Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine ASSASSIN'S CREED Product or any other product produced by Plaintiffs, that is not Plaintiffs' or is not produced under the authorization, control or supervision of Plaintiffs and approved by Plaintiffs for sale under the ASSASSIN'S CREED Trademarks;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiffs, or are sponsored by, approved by, or otherwise connected with Plaintiffs;

   d. further infringing the ASSASSIN'S CREED Trademarks and damaging Plaintiffs' goodwill;

  e. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear any of the ASSASSIN'S CREED Trademarks or any reproductions, counterfeit copies or colorable imitations thereof;

  f. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell Counterfeit/Infringing Products; and

  g. operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defaulting Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the ASSASSIN'S CREED Trademarks or any reproduction, counterfeit copy or colorable imitation thereof that is not a genuine ASSASSIN'S CREED Product or is not authorized by Plaintiffs to be sold in connection with the ASSASSIN'S CREED Trademarks.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, Context Logic, Inc. ("Wish"), VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry,

4

within five (5) business days of receipt of this Order, shall cancel the registrations for the Defendant Domain Names and make them inactive.

3. Those in privity with Defaulting Defendants and with actual notice of this Order, including any online marketplaces such as iOffer and Wish, social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defendant Domain Names, and domain name registrars, shall within five (5) business days of receipt of this Order:

    a. disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the ASSASSIN'S CREED Trademarks, including any accounts associated with the Defaulting Defendants listed in the Amended Schedule A attached hereto;

    b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the ASSASSIN'S CREED Trademarks; and

    c. take all steps necessary to prevent links to the Defendant Domain Names identified in the Amended Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

4. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiffs are awarded statutory damages from each of the Defaulting Defendants in the amount of one-hundred thousand dollars ($100,000) for willful use of counterfeit ASSASSIN'S

CREED Trademarks on products sold through at least the Defendant Internet Stores.

5. Wish shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

6. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Wish, is hereby released to Plaintiffs as partial payment of the above-identified damages, and Wish is ordered to release to Plaintiffs the amounts from Defaulting Defendants' Wish accounts within ten (10) business days of receipt of this Order.

7. Until Plaintiffs have recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiffs shall have the ongoing authority to serve this Order on Wish in the event that any new Wish accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Wish shall within five (5) business days:

 a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any Wish accounts;

 b. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c.    Release all monies restrained in Defaulting Defendants' Wish accounts to Plaintiffs as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

8. Until Plaintiffs have recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiffs shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within five (5) business days:

    a. Locate all accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites;

    b. Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c. Release all monies restrained in Defaulting Defendants' financial accounts to Plaintiffs as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

9. In the event that Plaintiffs identify any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, Plaintiffs may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in Exhibit

        2 to the Declaration of Marc Muraccini and any e-mail addresses provided for Defaulting Defendants by third parties.

10.     The ten thousand dollar ($10,000) surety bond posted by Plaintiffs is hereby released to counsel of record for Plaintiffs, Michael A. Hierl of Hughes Socol Piers Resnick & Dym, Ltd. at Three First National Plaza, 70 W. Madison Street, Suite 4000, Chicago, IL 60602. This is a Final Judgment.

Dated: February 22, 2023         Entered:

_____
John Robert Blakey
United States District Judge

**AMENDED SCHEDULE A**

| No. | Defendant Name / Alias |
|---|---|
| 1 | nhgvgf |
| 2 | nikgutfly |
| 3 | nrftjrtfujrer |
| 4 | nsrtyh |
| 5 | ozcostoee |
| 6 | Pan con huevo |
| 7 | panaderialagolosa |
| 8 | panyingliang886 |
| 9 | plea |
| 10 | pounccvctca |
| 11 | PPIIG FJJQF XOP WOMAN CUTE WEARING |
| 12 | pqwezsd |
| 13 | Pro-papper |
| 14 | qerehyti |
| 15 | Qionghua |
| 16 | qixiaoran28 |
| 17 | qsfvgd |
| 18 | quink |
| 19 | qwUYFGRKLS |
| 20 | qzfowbshy |
| 21 | rcbplgnmxxd |
| 22 | Regina Sandifer |
| 23 | rehg |
| 24 | Roderick Daniel |
| 25 | Rosalindashh |
| 26 | rphaa02shop |
| 27 | Ruth Hunter |
| 28 | saydetaqoo |
| 29 | sbrgsfwcs |
| 30 | Scvdfdf |
| 31 | Sdaddws |
| 32 | sdffhgn |
| 33 | SDJKFH4523 |
| 34 | sdsfdsfd |
| 35 | segfhl |
| 36 | sfwddf |
| 37 | shanshishuanghuang |
| 38 | Shari Caplan |
| 39 | shenqijun5866 |
| 40 | sishehhokk |
| 41 | Skin Magical Authorized |
| 42 | songjiangling23983 |
| 43 | sothen |
| 44 | strotztmsfigo |
| 45 | stycdgh |

| | |
|---|---|
| 46 | sujinnan2kl |
| 47 | sunming |
| 48 | szdgt |
| 49 | tancre |
| 50 | tanghuaqq |
| 51 | tangyue22op |
| 52 | tayseteaplmgpb |
| 53 | taythoshphyf |
| 54 | tdhjnd |
| 55 | teckeadpxlcd |
| 56 | Thomas Duff |
| 57 | tshnrdt |
| 58 | tsyzzfwag |
| 59 | Newsmart Technology Limited |
| 60 | Nexrony Clothes |
| 61 | Neyinopy Vase |
| 62 | Nicolas Stos |
| 63 | NicoleBessfHgG |
| 64 | nicollewaelchi82 |
| 65 | niebromick543 |
| 66 | nihen28 |
| 67 | nijuan0735 |
| 68 | niujialek |
| 69 | niuliang4664466 |
| 70 | niuyupeng76486 |
| 71 | Nohewi |
| 72 | NomNom168 |
| 73 | np mingliang |
| 74 | Nuanrentang |
| 75 | odom34rhodes6 |
| 76 | Of Mice & Men so |
| 77 | ofiuyqjmt |
| 78 | One meter sunshine team |
| 79 | OsbornBartholomeweYsLdX |
| 80 | oushengning Store |
| 81 | Overseas supermarket |
| 82 | Palmeira |
| 83 | Palmitos |
| 84 | pangmeili52607 |
| 85 | panguangfu01559 |
| 86 | panliuming fashion |
| 87 | panweeduey |
| 88 | Parched Ivory |
| 89 | Parkour Boy OK |
| 90 | parvovirus |
| 91 | Pasardo Store |
| 92 | pengdengke6894 |
| 93 | penggang88lzz |

| | |
|---|---|
| 94 | penghonglong09363 |
| 95 | pengxuening58430 |
| 96 | Perroshot |
| 97 | peyseagvmfm |
| 98 | phisziaen |
| 99 | phosasdbvs |
| 100 | ping4455 |
| 101 | pingfanzhilu |
| 102 | pinxiny |
| 103 | polugjt |
| 104 | Pproviner |
| 105 | ppyeyid online store |
| 106 | Prague jewelry shop |
| 107 | Prida & Rodriguez Studios |
| 108 | Primperan |
| 109 | puhaofei56950 |
| 110 | pumenggaizu |
| 111 | pwyuc55shop |
| 112 | qeafmhfrx |
| 113 | qear2874 |
| 114 | qenqen833 |
| 115 | Qianhuiwen |
| 116 | qiaocaijia0 |
| 117 | qiaomenglin |
| 118 | qiezian1812 |
| 119 | qinqingkun62254 |
| 120 | qishangbaxiah |
| 121 | qiuliqings |
| 122 | qiumenghong310424 |
| 123 | qiuping65197 |
| 124 | qjxnnbxhdg |
| 125 | Qoakbzhshsksmsjsbx |
| 126 | qq_200815@163.com |
| 127 | qs_snow |
| 128 | qsiccy |
| 129 | qucuilong199 |
| 130 | Quillbay |
| 131 | qwjovxshop |
| 132 | RalapEvanjDjD |
| 133 | RandolphMartinjUtQz |
| 134 | raozeman76140 |
| 135 | rdmdsfhjfdf |
| 136 | Rebeca Durkin |
| 137 | renwei14564 |
| 138 | Revolve Invest |
| 139 | rich never sad |
| 140 | Robert Warren |
| 141 | RodAlvatXkXl |

| | |
|---|---|
| 142 | Rodolfo Morris |
| 143 | RoryCharlottedPsN |
| 144 | Rose Baker |
| 145 | Rtopnm |
| 146 | Ruler girl peg |
| 147 | ruofei |
| 148 | Ruth Garrison |
| 149 | Sabekillof |
| 150 | SamanthaSusanaQfSf |
| 151 | sancei |
| 152 | sangyuanji84983 |
| 153 | ScalePink |
| 154 | Sdamtjdkt68943 |
| 155 | SDFgy |
| 156 | sdggty |
| 157 | sdhiefytdiustf |
| 158 | Sdkkadfa |
| 159 | seadaydapsa |
| 160 | SebastianeMirabelleoXpV |
| 161 | SeeBeaut |
| 162 | seppeshewr |
| 163 | sfxf |
| 164 | sguunb |
| 165 | shadsfdsngxuan |
| 166 | shanghaibinjiawangluogongchengyouxiangongsi |
| 167 | Shangyuxin |
| 168 | shangzhenfei3826 |
| 169 | shaoliping51319 |
| 170 | Shaozhengxu |
| 171 | shen Factory Store |
| 172 | shenqingxin86241 |
| 173 | shenshuhong |
| 174 | shensiqi168888 |
| 175 | shenyllin |
| 176 | shenzhenhua0639 |
| 177 | shipping666 |
| 178 | shishenglei14954 |
| 179 | shisuxialsz |
| 180 | shixinxin5305 |
| 181 | shiyuhegui |
| 182 | SHOESXJF |
| 183 | shoppingcheng |
| 184 | shovelloader |
| 185 | shuangweiooo |
| 186 | shuwen970507 |
| 187 | simmemezrtwrs |
| 188 | SIQIULIU |
| 190 | Sknxxmmmxdnnxjxknxmxnm |

| | |
|---|---|
| 191 | skyzeng |
| 192 | sl0asz |
| 193 | somdhueo |
| 194 | songmingzhu1234 |
| 195 | songruibin5847 |
| 196 | songxiaoyu474747 |
| 197 | Sound Advice |
| 198 | southythoughcyy |
| 199 | SPEDU Market2 |
| 200 | Spoonsdaquan |
| 201 | Sports Quartz Watches |
| 202 | SSXZZZZ |
| 203 | stenedchcj |
| 204 | Stevens Davis |
| 205 | stinnetthueyh |
| 206 | stnjqqcon |
| 207 | Stobump |
| 208 | Strange Uncle's Shop |
| 209 | Study well and make progress every day |
| 210 | Sueyiseny baby's |
| 211 | sunboyu58228 |
| 212 | sunchuangwei8163 |
| 213 | sundayshoppingfunny |
| 214 | sunmengting01490 |
| 215 | sunping668 |
| 216 | sunqi4019 |
| 217 | Sunyte |
| 218 | sunyuyang3519 |
| 219 | Superstore516 |
| 220 | suquesh |
| 221 | SusannaRexjRaNgM |
| 222 | SXUE |
| 223 | syface |
| 224 | TaggJewellery |
| 225 | tandanhua76494 |
| 226 | tantan1624 |
| 227 | TelmoTracis |
| 228 | The Liberal Tride Commertiale |
| 229 | TheConnors |
| 230 | TheMonroes |
| 231 | Thomas Goldberg |
| 232 | ThomasLeswNaIhO |
| 233 | thussododom |
| 234 | tianshoulin |
| 235 | tianweiweishop |
| 236 | Tiendas caribana kk |
| 237 | Tiffany Hockey |
| 238 | Tina. Webb |

| 239 | tinduxun |
|-----|----------|
| 240 | tingastore |
| 241 | Tingxuan shoping |
| 242 | tobebetterboy |
| 243 | TOMTAN |
| 244 | TONGYANGK |
| 245 | Toni Vaughan |
| 246 | toonesrnrimh |
| 247 | Topse co. ltd. |
| 248 | torrance |
| 249 | tsgcuafij |
| 250 | tt8t8t8 |